*E-filed 9/6/07*

JAMES DAL BON 157942
DAL BON & WANG
12 SOUTH FIRST STREET, SUITE 613
SAN JOSE, CA 95113
TEL: (408) 292-1040
FAX: (408) 292-1045

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| MIRZA ROMERO<br><br>Plaintiff,<br><br>vs.<br><br>GUSTAVO CHAVEZ dba RICHARD'S MACHINING DOES 1-10<br><br>Defendants | Case No. 07-01717HRL<br><br>STIPULATION OF DISMISSAL AND ORDER |

Pursuant to Fed. R. Civ. Pro. 41(a)(2), plaintiff MIRZA ROMERO, and defendants GUSTAVO CHAVEZ dba RICHARD'S MACHINING DOES 1-10, through their respective counsel, stipulate as follows:

1. Parties have fully resolved their disputes and entered into a Settlement Agreement and Release in August of 2007.

2. As such parties respectfully request that the Court dismiss this case in its entirety with prejudice.

3. Each party is to bear its own costs and fees.

DAL BON & WANG
ADAM WANG

Dated: September 5, 2007          /s/ jdb

1                                         Case No. C06-00429 JF

1
2  Dated: September 5, 2007           ROBERT NUDDLEMAN
3                                     PHILIP J GRIEGO & ASSOCIATES
4
5                                     _____
6                                     Robert Nuddleman Attorney for Defendants
7
8  _____
9                           [PROPOSED] ORDER
10     Pursuant to parties' stipulation, IT IS SO ORDERED.
11 Dated: September 6, 2007            By: _____
12                                     Hon. Howard R. Lloyd
13                                     United States Magistrate Judge

2                                                         Case No.  C06-00429 JF